AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** COLUMBIA

FILED
NOV 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Raymond Lyons, Jr.

    Plaintiff

V.

Edward Reilly, etal

    Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Leave to file without Prepayment of Cost **GRANTED**

[signature] 11/29/05

CASE NUMBER: **05 2312**

I, _Raymond Lyons, Jr._ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _District of Columbia Central Detention Center_

   Are you employed at the institution? _no_  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
NOV 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    None. Mr. Lyons has no dependent children.

I declare under penalty of perjury that the above information is true and correct.

_11-22-05_    _Raymond Lyons_    _11-22-05_
Date                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## PRISONER TRUST ACCOUNT REPORT

Name: __LYONS, RAYMOND__          Registration #: __223161__

Please submit this to the trust officer of every institution in which you have been confined during the preceeding six months. Submit the completed forms and supporting ledger sheets to the Court.

---

To:   Trust Officer
From: Clerk, U.S. District Court for the District of Columbia

Under the Prison Litigation Reform Act (PLRA), a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the preceeding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the action. 28 U.S.C. Sec. 1915 (a) (2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner.

BALANCE at time of filing of action:                    __$63.10__

AVERAGE MONTHLY DEPOSITS
during the six months prior to filing
of the action:                                          __$10.33__

AVERAGE MONTHLY BALANCE
during the six months prior to filing
of the action:                                          __$31.77__

I certify that the above information accurately states the deposits and balances in applicant's trust fund account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Date: __23-Nov-2005__

Authorized Signature: __[signature]__

Title: __Acct Mgr__