UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND LYONS, JR.,                :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :  Civil Action No. 05-2312 (JR)
                                   :
EDWARD REILLY, *et al.*,           :
                                   :
        Defendants.                :

## ORDER

The Court having been advised by counsel for petitioner that this case is moot, it is **ORDERED** that this case is **dismissed.**


                                        JAMES ROBERTSON
                                   United States District Judge